No. 76–1231. LOVELADIES PROPERTY OWNERS ASSN., INC., ET AL. *v.* RAAB ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–1269. BERKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1273. POPKIN *v.* NEW YORK STATE HEALTH & MENTAL HYGIENE FACILITIES IMPROVEMENT CORP. C. A. 2d Cir. Certiorari denied.

No. 76–1287. STONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1393. RINGWALT ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1421. MARTIN, ADMINISTRATOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1473. KNOX ET AL. *v.* BROWN. C. A. 5th Cir. Certiorari denied.

No. 76–1477. JOHNSON *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 76–1492. JACKSON *v.* REILING. Sup. Ct. Minn. Certiorari denied.

No. 76–1495. STROBL *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 76–1507. SANDOVAL *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 76–1516. MIRIN, DBA STRIP CAB CO., ET AL. *v.* NEVADA EX REL. PUBLIC SERVICE COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied.